UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHIGAN DEMOCRATIC PARTY,

    Plaintiff,

Case No. 16-cv-13924

HON. MARK A. GOLDSMITH

MICHIGAN REPUBLICAN PARTY, et al.,

    Defendants.

_____/

## ORDER REGARDING CERTIFICATION REQUIREMENTS

The Court has detailed certification requirements that counsel must follow. For motions, moving counsel must certify that the concurrence requirement set forth in Local Rule 7.1(a) has been met. The necessary certification language can be found in Judge Goldsmith's practice guidelines, which are available on the Eastern District of Michigan website.

For any motions, responses, replies, supplemental briefs, or other documents filed on the docket, the Court requires filing counsel to include the following certification language:

"LOCAL RULE CERTIFICATION: I, [counsel's name], certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3)."

Failure to include the necessary certification(s) will result in the filed document being stricken.

SO ORDERED.

Dated: November 4, 2016        s/Mark A. Goldsmith
Detroit, Michigan              MARK A. GOLDSMITH
                                  United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 4, 2016.

                                  s/Karri Sandusky
                                  Case Manager