No. 16-4268

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| OHIO DEMOCRATIC PARTY, | ) | **FILED** |
| | ) | Nov 06, 2016 |
| Plaintiff-Appellee, | ) | DEBORAH S. HUNT, Clerk |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DONALD J. TRUMP FOR PRESIDENT, INC., | ) | |
| | ) | |
| Defendant-Appellant | ) | |
| | ) | |
| OHIO REPUBLICAN PARTY; ROGER J. STONE, JR.; STOP THE STEAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Before: BATCHELDER, ROGERS, and GRIFFIN, Circuit Judges.

Donald J. Trump for President, Inc. moves for a stay of the district court's temporary restraining order, dated November 4, 2016, enjoining Defendants Donald J. Trump for President, Stop the Steal and Roger J. Stone, Jr., their officers, agents, servants, and employees, and others not parties to this action, including groups associated with the Clinton for Presidency campaign, from engaging in various activities denominated by the district court as voter intimidation activity.

We review for abuse of discretion the district court's order granting a temporary restraining order. *Ohio Republican Party v. Brunner*, 543 F. 3d. 357, 361 (6th Cir. 2008). We review a motion to stay a temporary restraining order using the same factors that we consider in determining whether to grant a temporary restraining order or a preliminary injunction:

Case 2:16-cv-13924-MAG-RSW  ECF No. 12-1, PageID.108  Filed 11/07/16  Page 2 of 2
Case: 16-4268  Document: 18  Filed: 11/06/2016  Page: 2

Exhibit 1
Page 2 of 2

16-4268
- 2 -

> (1) whether the movant has a strong likelihood of success on the merits, (2) whether the movant would suffer irreparable injury absent a stay, (3) whether granting the stay would cause substantial harm to others, and (4) whether the public interest would be served by granting the stay.

*Id.*

After reviewing the district court's order, the motion for an emergency stay of that order, and the Plaintiff's submission in response to the Petition for Initial En Banc Hearing, we conclude that the Plaintiff did not demonstrate before the district court a likelihood of success on the merits, and that all of the requisite factors weigh in favor of granting the stay. Accordingly, the motion for an emergency stay is **GRANTED**.

ENTERED BY ORDER OF THE COURT

_____
Deborah S. Hunt, Clerk