# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHIGAN DEMOCRATIC PARTY,<br><br>    Plaintiff,<br><br> v.<br><br>MICHIGAN REPUBLICAN PARTY, DONALD J. TRUMP FOR PRESIDENT, INC., ROGER J. STONE, JR., and STOP THE STEAL INC.,<br><br>    Defendants. | Hon. Mark A. Goldsmith<br><br>Case No. 2:16-cv-13924 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michigan Democratic Party, through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed.

              Respectfully submitted,

               /s/ Mary Ellen Gurewitz

              Mary Ellen Gurewitz (P25724)
              Andrew Nickelhoff (P37990)
              SACHS WALDMAN, P.C.
              1000 Farmer St.
              Detroit, MI 48226-2899
              Tel: 313-965-3464
              Fax: 313-965-4602
              megurewitz@sachswaldman.com
              *Counsel for Plaintiff*

-2-

OF COUNSEL:

Marc E. Elias
PERKINS COIE LLP
700 13th Street, Suite 600
Washington, DC 20005
Tel: (202) 434-1609
Fax: (202) 654-9126
melias@perkinscoie.com

Michael J. Gottlieb
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, N.W.
Washington, DC  20015
Tel: (202) 237-2727
Fax: (202) 237-6131
mgottlieb@bsfllp.com

Dawn L. Smalls
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Tel: (202) 754-4216
Fax: (212) 446-2350
dsmalls@bsfllp.com

Date: November 9, 2016

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2016, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.   I hereby certify that I have mailed by United States Postal Service the same to any non-ECF participants.

      /s/ Mary Ellen Gurewitz
Mary Ellen Gurewitz (P25724)
Andrew Nickelhoff (P37990)
SACHS WALDMAN, P.C.
1000 Farmer St.
Detroit, MI 48226-2899
Tel: 313-965-3464
Fax: 313-965-4602
megurewitz@sachswaldman.com
*Counsel for Plaintiff*