UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN DEMOCRATIC PARTY,

        Plaintiff,                               Civil Action No. 16-cv-13924

v                                             HON. MARK A. GOLDSMITH

MICHIGAN REPUBLICAN PARTY, et al.,

        Defendants.

_____/

## ORDER OF DISMISSAL

On November 9, 2016, Plaintiff filed a notice of voluntary dismissal with the Court (Dkt. 16). Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because a motion for sanctions under Rule 11 had been served by Defendant Michigan Republican Party prior to the filing of the notice of dismissal, the Court convened a status conference today to determine whether all parties now agreed that this action may be dismissed. All agreed. Accordingly, the Court dismisses this action. SO ORDERED.

Dated: November 17, 2016        s/Mark A. Goldsmith
       Detroit, Michigan            MARK A. GOLDSMITH
                                            United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 17, 2016.

                                                    s/Karri Sandusky
                                                        Case Manager